# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MARY KATHERINE LATIOLAIS** | **CIVIL ACTION NO. 6:22-CV-00477** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SUN LIFE ASSURANCE CO OF CANADA** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice.

**THUS DONE AND SIGNED** in Chambers this 9th day of September, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE